**FILED**

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0530

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| COLBERT'S ELECTRIC, INC., | ) | Case No. DA 20-0530 |
| | ) | |
| Plaintiff/Appellee, | ) | **ORDER GRANTING** |
| | ) | **STIPULATION TO DISMISS** |
| -vs- | ) | **APPEAL WITH PREJUDICE** |
| | ) | |
| LOCALOOP, INC., | ) | |
| | ) | |
| Defendant/Appellant. | ) | |
| _____ | ) | |

Upon the Parties' Stipulation to Dismiss Appeal with Prejudice and for good cause appearing therefor,

IT IS ORDERED, AND THIS DOES ORDER, that:

1. The appeal on file herein is dismissed with prejudice for the reason that the issues in this appeal are completely settled; and

2. The Judgment entered by the District Court remains in full force and effect, pursuant to and subject to the terms of the Parties' Settlement.

DATED this _____ day of March, 2021.

_____
CHIEF JUSTICE

**ORDER - Page 1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2021